| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 01-0092 | D C H REGIONAL MEDICAL CENTER |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 05-0090 | SONOMA VALLEY HOSPITAL |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 19-0065 | BATON ROUGE GENERAL MEDICAL CENTER |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0310G | HRS CY 2010 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0312G | HRS CY 2011 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0312G | HRS CY 2011 Treatment of Part C Days Final Rule Group | 19-0015 | NORTH OAKS MEDICAL CENTER, L L C |
| 24-0312G | HRS CY 2011 Treatment of Part C Days Final Rule Group | 19-0065 | BATON ROUGE GENERAL MEDICAL CENTER |
| 24-0312G | HRS CY 2011 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0312G | HRS CY 2011 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0314GC | HRS Willis-Knighton CY 2013 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0314GC | HRS Willis-Knighton CY 2013 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0329GC | HRS Willis-Knighton CY 2007 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0329GC | HRS Willis-Knighton CY 2007 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0330GC | HRS Willis-Knighton CY 2008 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0330GC | HRS Willis-Knighton CY 2008 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0331GC | HRS Willis-Knighton CY 2009 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0331GC | HRS Willis-Knighton CY 2009 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0333GC | HRS Willis-Knighton CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0333GC | HRS Willis-Knighton CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0334GC | HRS Willis-Knighton CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0334GC | HRS Willis-Knighton CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0335GC | HRS Willis-Knighton CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0111 | WILLIS KNIGHTON MEDICAL CENTER |
| 24-0335GC | HRS Willis-Knighton CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0236 | WILLIS KNIGHTON BOSSIER HEALTH CENTER |
| 24-0337GC | HRS ProMedica Health CY 2013 Treatment of Part C Days Final Rule CIRP Group | 23-0005 | CHARLES AND VIRGINA HICKMAN HOSPITAL |
| 24-0337GC | HRS ProMedica Health CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0074 | FLOWER HOSPITAL |
| 24-0337GC | HRS ProMedica Health CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0259 | BAY PARK COMMUNITY HOSPITAL |
| 24-0338G | HRS CY 2007 Treatment of Part C Days Final Rule Group | 12-0001 | THE QUEEN'S MEDICAL CENTER |
| 24-0338G | HRS CY 2007 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0338G | HRS CY 2007 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0338G | HRS CY 2007 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 01-0092 | D C H REGIONAL MEDICAL CENTER |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 05-0090 | SONOMA VALLEY HOSPITAL |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 12-0001 | THE QUEEN'S MEDICAL CENTER |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0340G | HRS CY 2008 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 01-0092 | D C H REGIONAL MEDICAL CENTER |
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 05-0090 | SONOMA VALLEY HOSPITAL |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0357G | HRS CY 2009 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 01-0092 | D C H REGIONAL MEDICAL CENTER |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 19-0015 | NORTH OAKS MEDICAL CENTER, L L C |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 19-0065 | BATON ROUGE GENERAL MEDICAL CENTER |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0358G | HRS CY 2012 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 01-0092 | D C H REGIONAL MEDICAL CENTER |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 05-0090 | SONOMA VALLEY HOSPITAL |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 19-0002 | LAFAYETTE GENERAL MEDICAL CENTER |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 19-0015 | NORTH OAKS MEDICAL CENTER, L L C |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 19-0065 | BATON ROUGE GENERAL MEDICAL CENTER |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 36-0059 | METROHEALTH MEDICAL CENTER |
| 24-0359G | HRS CY 2013 Treatment of Part C Days Final Rule Group | 45-0571 | SHANNON MEDICAL CENTER |
| 24-0360GC | HRS Texas Health Resources CY 2008 Treatment of Part C Days Final Rule CIRP Group | 45-0135 | TEXAS HEALTH HARRIS METHODIST FORT WORTH |
| 24-0360GC | HRS Texas Health Resources CY 2008 Treatment of Part C Days Final Rule CIRP Group | 45-0462 | TEXAS HEALTH PRESBYTERIAN HOSPITAL  DALLAS |
| 24-0362GC | HRS Texas Health Resources CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0135 | TEXAS HEALTH HARRIS METHODIST FORT WORTH |
| 24-0362GC | HRS Texas Health Resources CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0462 | TEXAS HEALTH PRESBYTERIAN HOSPITAL  DALLAS |
| 24-0362GC | HRS Texas Health Resources CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0639 | TEXAS HEALTH HARRIS METHODIST HURST-EULESS-BEDFORD |
| 24-0362GC | HRS Texas Health Resources CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0779 | TEXAS HEALTH HARRIS METHODIST HOSPITAL SOUTHWEST F |
| 24-0363GC | HRS Texas Health Resources CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0135 | TEXAS HEALTH HARRIS METHODIST FORT WORTH |
| 24-0363GC | HRS Texas Health Resources CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0462 | TEXAS HEALTH PRESBYTERIAN HOSPITAL  DALLAS |
| 24-0363GC | HRS Texas Health Resources CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0639 | TEXAS HEALTH HARRIS METHODIST HURST-EULESS-BEDFORD |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0064 | TEXAS HEALTH ARLINGTON MEMORIAL HOSPITAL |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0135 | TEXAS HEALTH HARRIS METHODIST FORT WORTH |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0148 | TEXAS HEALTH HARRIS METHODIST HOSPITAL CLEBURNE |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0462 | TEXAS HEALTH PRESBYTERIAN HOSPITAL  DALLAS |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0639 | TEXAS HEALTH HARRIS METHODIST HURST-EULESS-BEDFORD |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0771 | TEXAS HEALTH PRESBYTERIAN HOSPITAL PLANO |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0779 | TEXAS HEALTH HARRIS METHODIST HOSPITAL SOUTHWEST F |
| 24-0368GC | HRS Texas Health Resources CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0840 | TEXAS HEALTH PRESBYTERIAN HOSPITAL ALLEN |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0064 | TEXAS HEALTH ARLINGTON MEMORIAL HOSPITAL |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0135 | TEXAS HEALTH HARRIS METHODIST FORT WORTH |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0148 | TEXAS HEALTH HARRIS METHODIST HOSPITAL CLEBURNE |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0292 | TEXAS HEALTH PRESBYTERIAN HOSPITAL KAUFMAN |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0351 | TEXAS HEALTH HARRIS METHODIST HOSPITAL STEPHENVILL |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0462 | TEXAS HEALTH PRESBYTERIAN HOSPITAL  DALLAS |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0639 | TEXAS HEALTH HARRIS METHODIST HURST-EULESS-BEDFORD |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0771 | TEXAS HEALTH PRESBYTERIAN HOSPITAL PLANO |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0779 | TEXAS HEALTH HARRIS METHODIST HOSPITAL SOUTHWEST F |
| 24-0369GC | HRS Texas Health Resources CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0840 | TEXAS HEALTH PRESBYTERIAN HOSPITAL ALLEN |
| 24-0370GC | HRS Prime Healthcare CY 2006 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM  MEDICAL CENTER |
| 24-0370GC | HRS Prime Healthcare CY 2006 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0371GC | HRS Prime Healthcare CY 2007 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM  MEDICAL CENTER |
| 24-0371GC | HRS Prime Healthcare CY 2007 Treatment of Part C Days Final Rule CIRP Group | 05-0526 | HUNTINGTON BEACH HOSPITAL |
| 24-0371GC | HRS Prime Healthcare CY 2007 Treatment of Part C Days Final Rule CIRP Group | 05-0580 | LA PALMA INTERCOMMUNITY HOSPITAL |
| 24-0371GC | HRS Prime Healthcare CY 2007 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0371GC | HRS Prime Healthcare CY 2007 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0158 | ENCINO HOSPITAL MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0230 | GARDEN GROVE HOSPITAL & MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM  MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0526 | HUNTINGTON BEACH HOSPITAL |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0580 | LA PALMA INTERCOMMUNITY HOSPITAL |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0588 | SAN DIMAS COMMUNITY HOSPITAL |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0739 | CENTINELA HOSPITAL MEDICAL CENTER |
| 24-0372GC | HRS Prime Healthcare CY 2008 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM  MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0526 | HUNTINGTON BEACH HOSPITAL |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0739 | CENTINELA HOSPITAL MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0757 | ALVARADO HOSPITAL MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 31-0096 | SAINT MICHAEL'S MEDICAL CENTER, INC |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 41-0011 | LANDMARK MEDICAL CENTER |
| 24-0374GC | HRS Prime Healthcare CY 2009 Treatment of Part C Days Final Rule CIRP Group | 45-0855 | HARLINGEN MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0024 | PARADISE VALLEY HOSPITAL |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0158 | ENCINO HOSPITAL MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0230 | GARDEN GROVE HOSPITAL & MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM  MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0588 | SAN DIMAS COMMUNITY HOSPITAL |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0709 | DESERT VALLEY HOSPITAL |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0739 | CENTINELA HOSPITAL MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0755 | SHERMAN OAKS HOSPITAL |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0757 | ALVARADO HOSPITAL MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 05-0764 | SHASTA REGIONAL MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 23-0244 | GARDEN CITY HOSPITAL |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 39-0116 | SUBURBAN COMMUNITY HOSPITAL |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0379 | DALLAS MEDICAL CENTER |
| 24-0378GC | HRS Prime Healthcare CY 2010 Treatment of Part C Days Final Rule CIRP Group | 45-0855 | HARLINGEN MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0158 | ENCINO HOSPITAL MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0230 | GARDEN GROVE HOSPITAL & MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0580 | LA PALMA INTERCOMMUNITY HOSPITAL |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0588 | SAN DIMAS COMMUNITY HOSPITAL |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0709 | DESERT VALLEY HOSPITAL |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 05-0764 | SHASTA REGIONAL MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 31-0096 | SAINT MICHAEL'S MEDICAL CENTER, INC |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0128 | KNAPP MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0855 | HARLINGEN MEDICAL CENTER |
| 24-0379GC | HRS Prime Healthcare CY 2011 Treatment of Part C Days Final Rule CIRP Group | 45-0855 | HARLINGEN MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0158 | ENCINO HOSPITAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0230 | GARDEN GROVE HOSPITAL & MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0526 | HUNTINGTON BEACH HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0580 | LA PALMA INTERCOMMUNITY HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0588 | SAN DIMAS COMMUNITY HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0709 | DESERT VALLEY HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0739 | CENTINELA HOSPITAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0755 | SHERMAN OAKS HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0757 | ALVARADO HOSPITAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 23-0244 | GARDEN CITY HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 29-0009 | SAINT MARY'S REGIONAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 39-0304 | ROXBOROUGH MEMORIAL HOSPITAL |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0099 | PAMPA REGIONAL MEDICAL CENTER |
| 24-0380GC | HRS Prime Healthcare CY 2012 Treatment of Part C Days Final Rule CIRP Group | 45-0128 | KNAPP MEDICAL CENTER |
| 24-0381GC | HRS UHHS CY 2006 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0381GC | HRS UHHS CY 2006 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0382GC | HRS UHHS CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0382GC | HRS UHHS CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0382GC | HRS UHHS CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0382GC | HRS UHHS CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |
| 24-0383GC | HRS UHHS CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0383GC | HRS UHHS CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0383GC | HRS UHHS CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0383GC | HRS UHHS CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0384GC | HRS UHHS CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0384GC | HRS UHHS CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0384GC | HRS UHHS CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0115 | UH BEDFORD MEDICAL CENTER |
| 24-0384GC | HRS UHHS CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0384GC | HRS UHHS CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |
| 24-0385GC | HRS UHHS CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0385GC | HRS UHHS CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0115 | UH BEDFORD MEDICAL CENTER |
| 24-0385GC | HRS UHHS CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0385GC | HRS UHHS CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |
| 24-0386GC | HRS UHHS CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0386GC | HRS UHHS CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0386GC | HRS UHHS CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0115 | UH BEDFORD MEDICAL CENTER |
| 24-0386GC | HRS UHHS CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0387GC | HRS UHHS CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0387GC | HRS UHHS CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0387GC | HRS UHHS CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0137 | UH CLEVELAND MEDICAL CENTER |
| 24-0387GC | HRS UHHS CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |
| 24-0388GC | HRS UHHS CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0075 | UH REGIONAL HOSPITALS |
| 24-0388GC | HRS UHHS CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0078 | UH PORTAGE MEDICAL CENTER |
| 24-0388GC | HRS UHHS CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0145 | UH ELYRIA MEDICAL CENTER |
| 24-0388GC | HRS UHHS CY 2013 Treatment of Part C Days Final Rule CIRP Group | 36-0192 | UH GEAUGA MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0158 | ENCINO HOSPITAL MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0230 | GARDEN GROVE HOSPITAL & MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0426 | WEST ANAHEIM MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0580 | LA PALMA INTERCOMMUNITY HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0586 | CHINO VALLEY MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0588 | SAN DIMAS COMMUNITY HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0709 | DESERT VALLEY HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0739 | CENTINELA HOSPITAL MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0755 | SHERMAN OAKS HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0757 | ALVARADO HOSPITAL MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 05-0758 | MONTCLAIR HOSPITAL MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 17-0009 | SAINT JOHN HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 17-0146 | PROVIDENCE MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 23-0244 | GARDEN CITY HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 39-0070 | LOWER BUCKS HOSPITAL |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 41-0011 | LANDMARK MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0128 | KNAPP MEDICAL CENTER |
| 24-0389GC | HRS Prime Healthcare CY 2013 Treatment of Part C Days Final Rule CIRP Group | 45-0379 | DALLAS MEDICAL CENTER |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0077 | FAIRVIEW HOSPITAL |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0082 | EUCLID HOSPITAL |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0144 | SOUTH POINTE HOSPITAL |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0180 | CLEVELAND CLINIC |
| 24-0392GC | HRS Cleveland Clinic Fdn. CY 2007 Treatment of Part C Days Final Rule CIRP Group | 36-0212 | LAKEWOOD HOSPITAL |
| 24-0393GC | HRS Cleveland Clinic Fdn. CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0393GC | HRS Cleveland Clinic Fdn. CY 2008 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0077 | FAIRVIEW HOSPITAL |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0082 | EUCLID HOSPITAL |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0087 | LUTHERAN HOSPITAL |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0101 | HURON HOSPITAL |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0144 | SOUTH POINTE HOSPITAL |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0180 | CLEVELAND CLINIC |
| 24-0395GC | HRS Cleveland Clinic Fdn. CY 2009 Treatment of Part C Days Final Rule CIRP Group | 36-0212 | LAKEWOOD HOSPITAL |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0077 | FAIRVIEW HOSPITAL |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0082 | EUCLID HOSPITAL |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0087 | LUTHERAN HOSPITAL |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0101 | HURON HOSPITAL |
| 24-0397GC | HRS Cleveland Clinic Fdn. CY 2010 Treatment of Part C Days Final Rule CIRP Group | 36-0212 | LAKEWOOD HOSPITAL |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0077 | FAIRVIEW HOSPITAL |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0082 | EUCLID HOSPITAL |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0087 | LUTHERAN HOSPITAL |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0144 | SOUTH POINTE HOSPITAL |
| 24-0398GC | HRS Cleveland Clinic Fdn. CY 2011 Treatment of Part C Days Final Rule CIRP Group | 36-0212 | LAKEWOOD HOSPITAL |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0027 | AKRON GENERAL MEDICAL CENTER |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0070 | MERCY MEDICAL CENTER |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0077 | FAIRVIEW HOSPITAL |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0082 | EUCLID HOSPITAL |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0087 | LUTHERAN HOSPITAL |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0144 | SOUTH POINTE HOSPITAL |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0180 | CLEVELAND CLINIC |
| 24-0400GC | HRS Cleveland Clinic Fdn. CY 2012 Treatment of Part C Days Final Rule CIRP Group | 36-0212 | LAKEWOOD HOSPITAL |
| 24-0401GC | HRS Franciscan Missionaries CY 2007 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0401GC | HRS Franciscan Missionaries CY 2007 Treatment of Part C Days Final Rule CIRP Group | 19-0102 | OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC |
| 24-0401GC | HRS Franciscan Missionaries CY 2007 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0402GC | HRS Franciscan Missionaries CY 2008 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0402GC | HRS Franciscan Missionaries CY 2008 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0402GC | HRS Franciscan Missionaries CY 2008 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0403GC | HRS Franciscan Missionaries CY 2009 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0403GC | HRS Franciscan Missionaries CY 2009 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0403GC | HRS Franciscan Missionaries CY 2009 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0404GC | HRS Franciscan Missionaries CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0404GC | HRS Franciscan Missionaries CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0102 | OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC |
| 24-0404GC | HRS Franciscan Missionaries CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0404GC | HRS Franciscan Missionaries CY 2010 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0408GC | HRS Franciscan Missionaries CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0408GC | HRS Franciscan Missionaries CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0102 | OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC |
| 24-0408GC | HRS Franciscan Missionaries CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0408GC | HRS Franciscan Missionaries CY 2011 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0409GC | HRS Franciscan Missionaries CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0409GC | HRS Franciscan Missionaries CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0102 | OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC |
| 24-0409GC | HRS Franciscan Missionaries CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0409GC | HRS Franciscan Missionaries CY 2012 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0410GC | HRS Franciscan Missionaries CY 2013 Treatment of Part C Days Final Rule CIRP Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0410GC | HRS Franciscan Missionaries CY 2013 Treatment of Part C Days Final Rule CIRP Group | 19-0125 | ST FRANCIS MEDICAL CENTER |
| 24-0410GC | HRS Franciscan Missionaries CY 2013 Treatment of Part C Days Final Rule CIRP Group | 19-0242 | OUR LADY OF THE LAKE ASCENSION COMMUNITY HOSPITAL - ST ELIZABETH HOSPITAL |
| 24-0411G | HRS CY 2006 Treatment of Part C Days Final Rule Group | 19-0064 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER |
| 24-0411G | HRS CY 2006 Treatment of Part C Days Final Rule Group | 36-0009 | LIMA MEMORIAL HEALTH SYSTEM |
| 24-0416GC | Mercy Health System CY 2010 Treatment of Part C Days Final Rule CIRP Group | 04-0010 | MERCY HOSPITAL NORTHWEST ARKANSAS |
| 24-0416GC | Mercy Health System CY 2010 Treatment of Part C Days Final Rule CIRP Group | 26-0059 | MERCY HOSPITAL LEBANON |
| 24-0416GC | Mercy Health System CY 2010 Treatment of Part C Days Final Rule CIRP Group | 37-0013 | MERCY HOSPITAL OKLAHOMA CITY, INC. |
| 24-0416GC | Mercy Health System CY 2010 Treatment of Part C Days Final Rule CIRP Group | 04-0026 | CHI ST. VINCENT HOSPITAL HOT SPRINGS |
| 24-0416GC | Mercy Health System CY 2010 Treatment of Part C Days Final Rule CIRP Group | 04-0062 | MERCY HOSPITAL FORT SMITH |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 37-0013 | MERCY HOSPITAL OKLAHOMA CITY, INC. |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 04-0010 | MERCY HOSPITAL NORTHWEST ARKANSAS |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 26-0052 | MERCY HOSPITAL WASHINGTON |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 26-0059 | MERCY HOSPITAL LEBANON |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 26-0065 | MERCY HOSPITAL SPRINGFIELD |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 37-0011 | MERCY HOSPITAL EL RENO |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 04-0026 | CHI ST. VINCENT HOSPITAL HOT SPRINGS |
| 24-0418GC | Mercy Health System CY 2011 Treatment of Part C Days Final Rule CIRP Group | 04-0062 | MERCY HOSPITAL FORT SMITH |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 04-0010 | MERCY HOSPITAL NORTHWEST ARKANSAS |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 26-0052 | MERCY HOSPITAL WASHINGTON |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 26-0059 | MERCY HOSPITAL LEBANON |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 26-0065 | MERCY HOSPITAL SPRINGFIELD |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 37-0047 | MERCY MEMORIAL HEALTH CENTER |
| 24-0420GC | Mercy Health System CY 2012 Treatment of Part C Days Final Rule CIRP Group | 37-0047 | MERCY MEMORIAL HEALTH CENTER |
| 24-0421GC | Mercy Health System CY 2014 Treatment of Part C Days Final Rule CIRP Group | 37-0047 | MERCY MEMORIAL HEALTH CENTER |
| 24-0421GC | Mercy Health System CY 2014 Treatment of Part C Days Final Rule CIRP Group | 37-0013 | MERCY HOSPITAL OKLAHOMA CITY, INC. |

| PRRB Case No. | PRRB Case Name | Provider No. | Provider Name |
|---|---|---|---|
| 24-0424 | Skagit Valley Hospital (50-0003), FFY 2007 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0427 | Skagit Valley Hospital (50-0003), FFY 2008 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0429 | Skagit Valley Hospital (50-0003), FFY 2009 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0430 | Skagit Valley Hospital (50-0003), FFY 2010 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0431 | Skagit Valley Hospital (50-0003), FFY 2011 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0433 | Skagit Valley Hospital (50-0003), FFY 2012 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0434 | Skagit Valley Hospital (50-0003), FFY 2013 | 50-0003 | SKAGIT VALLEY HOSPITAL |
| 24-0436 | Mercy Hospital Washington (26-0052), FFY 2013 | 26-0052 | MERCY HOSPITAL WASHINGTON |
| 24-0437 | Mercy Hospital Lebnon (26-0059), FFY 2009 | 26-0059 | MERCY HOSPITAL LEBANON |