UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANNON MEDICAL CENTER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., Secretary of<br>Health & Human Services,<br><br>    Defendant. | Civil Action No. 24-2583 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2026 Minute Order, the parties respectfully submit the following Joint Status Report:

1.      The Court previously stayed all deadlines in this matter pending the outcome of district court proceedings in *Montefiore Medical Center v. Kennedy*, Civ. A. No. 24-1810 (LLA) ("*Montefiore*"). *See* ECF No. 7; Min. Order (Dec. 27, 2024). In September 2025, the district court ruled in the plaintiffs' favor on cross-motions for summary judgment in *Montefiore* but determined that supplemental briefing was necessary on the question of the proper remedy. *See* Order, ECF No. 32, *Montefiore*, Civ. A. No. 24-1810.

2.      The parties in *Montefiore* completed their supplemental briefing on February 23, 2026. *See* ECF Nos. 34, 36, 37, *Montefiore*, Civ. A. No. 24-1810. The district court has yet to issue any further orders or opinions in *Montefiore* since that date.

3.      As of the date of this Joint Status Report, the parties in the present matter are therefore still awaiting the district court's final decision in *Montefiore*. The parties propose to file a further Joint Status Report no later than thirty days after the district court's final decision in *Montefiore*, in which the parties will propose a schedule for further proceedings in this case.

Dated: March 3, 2026              Respectfully submitted,
      Washington, DC


*/s/ Alan Jay Sedley*
Alan Jay Sedley
ALAN J SEDLEY LAW CORP
18880 Douglas Suite 417
Irvine, CA 92612
818-601-0098
Asedley@sedleyhealthlaw.Com

*Counsel for Plaintiffs*


JEANINE FERRIS PIRRO
United States Attorney



By: */s/ Tabitha Bartholomew*
    TABITHA BARTHOLOMEW
    D.C. Bar # 1044448
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2529
    Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*